## Commonwealth ex rel. Johnson, Appellant, *v.* Myers.

Submitted June 8, 1964. *Michael Johnson*, appellant, in propria persona; *Benjamin H. Renshaw, Jr., Stanley M. Schwarz* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Jones, Appellant, *v.* Myers.

Submitted June 8, 1964. *Levi A. Jones,* appellant, in propria persona; *John S. Halsted,* Assistant District Attorney, and *A. Alfred Delduco,* District Attorney, for appellee.

Order affirmed.